JS

(3)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Charmaine Prater-Colon Bey
(Tenants) Et al

07 - 1922

CIVIL ACTION NO. Deputy

vs. Revenue Depts. et al. Commissioner Ms Duley
City of Phila. Revenue Depts. et al. Commissioner Nancy Kammer
City of Phila Meter Dept and its Contractor Tromaine
"John Doe", City of Phila Collection Supervisor Ms
Chase and its Attorneys Lineberger Goggin, Blaine
Dryden Heitman Title Company and its Associate Sampson 4P
Equity One and Mr Herpes Ronald Harquist Golf
Travelers and I from "John Doe" Finders City Brain
J. Meade + I from "John Doe"

**COMPLAINT**

Theft by deception - illegal demolishing of property
and taking of Land, Abuse of Authority, Invasion
of privacy, interference of Contracts, illegal
termination of services, fraud, illegal charges
for water on HUD properties, defamation
of Character + Business, discrimination,
retaliation against a "Whistle Blower", Extortion
assault + Battery, conspiracy, Conversion,
Stalking, Unfair Lending + Credit practices
forgery, Civil Rights Violations, harassment
Libel, Slander, Identity Theft, Fraud (altering
of accounts and personal information + property
information refusal of services, unlawful taking
trespassing, theft by deception denial of
Equal Protection of the Law (see attached)
, Illegal interference of business practices +
contracts

IN THE UNITED STATES DISTRICT COURT OF EASTERN PENNA.

Charmaine Prater-Colon-Ezengwa et. Al.          May 10, 2007     **07 -1922**
        Vs.
Philadelphia Water Revenue Department
Philadelphia Water Revenue Commissioner- Nancy Kammernier
Philadelphia Water Revenue Deputy Commissioner- M. Duley
Philadelphia Water Revenue Collections- Ms. Chase and "John and Jane Doe"
Philadelphia Water Revenue Customer Service Supervisors Ms. Harris, Ms. Norris and Mrs. Scales, Mr. Holloway 22nd and Lehigh office, Mr. Williams formerly of 22nd Street, Ms. Williams and Ms. Garnwood of MSB, Attorneys Linebarger Goggan Blair & Sampson, LLP and Ms. Scott of this law firm. Philadelphia Meter reading/installation dept. -Mr. J. Meade, Ms. Scott, "John Doe", "John Doe" and "Jane Doe", associated contractor Itron et. Al. Philadelphia Property tax Director, "John or Jane Doe', Mrs. J. Martin and account manager "John or Jane Doe". Anthony Scott formerly of the Revenue Department, Ms. Holloway of Business tax revenue and "John and Jane Doe" and the City of Philadelphia Housing Dept.          for illegally demolishing four store 1870 Marston Street and then taking over my land w/o due process Director and Supervisor "John and Jane Doe of this department, Stalking and assault and battery-Nun Pro tunc- Ronald Hargust and "Jane Doe"City brokers who illegally obtained plaintiff's information by forgery and physical assaults and threats. MSB Security firm /Dept and it's employees "Jane and", City of Phila Tax + Business Tax Revenue Directors, "John Doe" "John Doe" Supervisor and it's employees "John and Jane Doe" Mr Holloway, Equity One Mortgy Mr Morris, McKinny

**Complaint**

Abuse of Authority, Invasion of privacy (telling Plaintiff tenants not to pay her the rent), retaliation fraud (altering of Plaintiff name and address, as well as, meter number and amount allegedly denied of due), slander (misinforming Plt's tenants that Plt. was stealing water when in fact the water access to department turn the water on and off as the meter department from 29th and Cambria demand concurrent with harassment payments at door with out having service registered as being on, causing plt further harm by by security placing her properties in a special department so that Plt can not receive monthly statements and and federal correct billing. Libel making it appear that I am married to a former City worker who's relative staff and works in the MSB and other departments- who's sister worked at the MSB when Plaintiff's illegal remarks Identity was first compromised as they change Plt last name to the former city employee who was terminated because of a conviction for the assault on the Plaintiff that lead to his dismissal. The associates of the former City employee McCoullum have deliberately altered plaintiff's information to force her into a financial hardship for the purpose of illegally obtaining her properties. As the water department employees violated plaintiff's right by supply unauthorized person with bills and other documents bearing her property address and her name, as she is approached and told to pay "Jane Doe" 2,500.00 off the record to have the information corrected (extortion) The changing of Plaintiff's last name (identity theft), as well as, falsely documenting that water is or was on illegally, harassment interference of my business practices and personal life, as I am escorted out of the MSB to stop plaintiff from obtaining accurate records of her properties, and to interfere with plaintiff complaints about the illegal activities, and or as Plaintiff is followed by security after Ms. Duley scheduled a meeting with me (intimidation tactics). Violation of the fair lending and credit practices -failure to apply payments from settlements, missing payments, due process violations and refusal of fair investigation and

required documentation from the alleged investigation that did not occurred but is documented in the system unequal treatment, retaliation, unlawful denial of services and termination of water services, Illegal interception of payments, inflating of bills and illegal change of my name and address to refuse me proper payment arrangements claiming that racketeering, extortion, discrimination Codes placed on my properties to deny me services, nun pro tunc- battery and abuse-assaulted by the associated and alleged broker of the City workers involved because I tried to retrieve my personal information that was stolen by forgery and Identity theft. Stalking targeting all properties of Plaintiff/ Illegal termination of services, illegal possess. of properties, illegal demolishing of properties and Attempts of Illegal demolition of properties After City Caused damages alleged in error

Plaintiff is seeking damages in the amount of $400, 000.00, for punitive and compensatory damages etc. and 700,000.00 for years of related damages

_____
Charmaine Prater-Ezengwa et Al.  Pro Se

# MRCP

**MEDICAL REHABILITATION CENTERS OF PENNSYLVANIA**
For Physical Medicine and Pain Control
www.MRCPonline.com

07 -1922

Department of Physical Medicine
Francis V. Cavoto, M.D., Ph.D., FCP
Morton L. Silverman, M.D., ABIM
Bruce J. Barris, M.D., ABIM
Ira H. Weiner, D.O., AOBFP

## DISABILITY CERTIFICATE

To Whom It May Concern:

I hereby certify that _Charmaine Prater_ been under my care for the treatment and management of: _LSS R/O HNP, R/O radic, CSS R/O HNP R/O radic b/lat shoulder s/s_

He/She remains partially disabled from _3/19/2007_ to _6/10/2007_
He/She remains totally disabled from _____ to _____

_She has such severe pain she can't stand, sit, lift, or bend_

_____          _____
Francis Cavoto, M.D.                Ira Weiner, D.O.


_____          _____
Bruce Barris, M.D.                  Lynn Yang, M.D.


              _____
              Morton Silverman, M.D.
DATE: _4/19/2007_

---

MRCP Plymouth Plaza
580 W. Germantown Pike, Suite 106 Plymouth Meeting, PA 19462   610.828.3110   Fax 610.828.

MRCP Broomall
419 Lawrence Road
Broomall, PA 19008

MRCP Walnut Street Medical
1616 Walnut Street, Lower Level
Philadelphia, PA 19103

MRCP Lower Bucks
1111 Street Road, Suite 104
Southampton, PA 18966

07 -1922

# HAND OUT ON TAX COLLECTION AGENCY

## LINEBARGER, GOGGAN, BLAIR & SAMPSON LLP

1600 JFK BLV.
4 PENN CENTER
SUITE 910
PHILADELPHIA, PA 19109
PHONE #215-790-1117

07 -1922

May 05, 2007

I, Gene Williams, request once again to have my water turned back on. I have been a tenant at 2630 N. 33rd Street prior to March 01, 2007 and there after, with the exception of me going away.. The water have been turned off on me, and it have not been turned back on since March of 2007. I was informed by one of my neighbors that someone from the water department have been back at the property while I was out, and went inside of the ground like they were turning off the water., even though the water is already off. On or about May 03, 2007 was the most recent time the neighbors witnessed the water department returning to my residence going into the ground with a long pole. I was informed by the owner that there are allegations made by the water department ( noted on the computer) that the water was turned back on in April, 2007. I can assure you that is not true. I have been buying water to wash etc. and the owner is not here, due to the fact that she have been assaulted, and the first floor was broken into, and because of those reasons, she stated that she does not feel safe here. When she come ir is very brief and for business purposes or to pick up her personal or business belongings. I am the only one who is physically residing her currently. And, I have proof that I have to go out my way to have water delivered here, because I am a diabetic and I need to have access to water, especially to take my medication and for my hygiene.

I have known my landlord for over seven years (as my landlord only) and I can verify that nether she or I have the ability to turn the water on or off. And, her ex-strange husband is not here in the United States, as far as we know. On or about April 19, 2007 I have witnessed the landlord attempt to resolve alleged billing errors, as she request a billing history for the property, from their time of purchase. I have witnessed the fact that the supervisor(s), Ms. Norris and Ms. Harris were refusing to provided the owner information that the owner stated she requested for years, but she have been refused her request. I waited with her, to see Ms. Norris supervisor, Ms. Scales, but she did not come to meet the owner as Ms. Norris assured the owner.

As a tenant, I am not responsible for any back bills, but I am willing to have the water bill place in my name, until the owner can resolve the alleged missing revenues and the alleged inflating bills etc... I have provided the water department with proof of my residence at 2630 N. 33rd Street, and I have explained to them that the address on my I. D. was my mother's address. But, I did not reside there. And, when I came back it was time for me to renew my I.D. and I just left it with my mother's address, not knowing that I would have this problem. I am respectfully requesting to have my water reinstated and if necessary to do so, I am willing to have the account placed in my name. The owner have already authorized for me to do so.

Thank You;

Gene Williams, (tenant)

5/17/07

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Susan Blazejewski, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Aug. 16, 2009
Member, Pennsylvania Association of Notaries

C: Landlord, Ms. Scales, Water Revenue Deputy Commissioner Ms. Dulley, Water Revenue Commissioner Nancy Kennermier,. Collections Ms. Chase, State Representatives, City Controller's Office, IG, AG and others

```
                         CITY OF PHILADELPHIA
                     -   SCHEDULED SHUT OFF ACCOUNTS

 ENTER STREET CODE AND HOUSE NUMBER *          * *          *
                        OR ADDRESS * 02630 * N * 33RD             * ST  *
 DAY STREET HOUSE SUFFIX DISTRICT
 052  88440 02630   001    4                    02630 N 33RD          ST

   DATE      DATE       DATE      DATE     STATUS  DATE     AMOUNT      AMOUNT     LIST
  RECORD    AVAIL.     SHUTOFF   RESTORED   CODE   CODE     CHARGED      DUE      NUMBER
  CREATED   FOR SO                                 CHANGED
 04022007  04022007   03292007                    S6 04022007 0000000     0.00
 INDEX                                       VISIT FOUND ON & OCCUPIED       0009000000
 REMARKS  REINSPECTION RECORD
 PER REVENUE (Y OR BLANK):
 NOTICE SERVED
 CREW #
 VIOLATION CORRECTED
 PREVIOUS STATUS CODE


 PF12 = NEXT INACTIVE RECORD - ENTER = CONTINUE
```

Please Contact Water Revenue in reference to your water being cut back on.

215-686-6800

Thank you,

# 217